RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:  (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| AIM IP, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>POLYCOM, INC., a California corporation.<br><br>                    Defendant. | Case No. SACV12-00912-AG (MLGx)<br><br>**ORDER OF DISMISSAL OF DEFENDANT POLYCOM, INC. WITH PREJUDICE** |

In consideration of Plaintiff AIM IP, LLC ("AIM") and Defendant Polycom, Inc.'s ("Polycom") Joint Stipulation of Dismissal of Polycom With Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED that all claims asserted in this action between AIM and Polycom are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

SO ORDERED.

SIGNED this 15th day of January, 2013.

_____
UNITED STATES DISTRCT JUDGE
ANDREW J. GUILFORD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Russ, August & Kabat

3
ORDER OF DISMISSAL OF DEFENDANT POLYCOM, INC. WITH PREJUDICE